FILED
OCT 2 6 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAW OFFICES OF SNIDER AND ASSOCIATES, )
LLC. )
Baltimore, MD )
　)
    Plaintiff, )
v. )
　)
ROBERT M. GATES )
SECRETARY, DEPARTMENT OF DEFENSE, )
DEFENSE FINANCE AND ACCOUNTING )
SERVICE AGENCY, )
　)
  Serve: Robert M. Gates, Secretary )
       1400 Defense Pentagon )
       Washington, DC 20301-1400 )
　)
  Serve: United States Attorney )
       District of Columbia )
       555 Fourth Street, NW )
       Washington, DC 20530 )
　)
  Serve: United States Attorney General )
       950 Pennsylvania Avenue, NW )
       Washington, DC 20530-0001 )
　)
    Defendant. )
_____)

Case: 1:10-cv-01822
Assigned To : Leon, Richard J.
Assign. Date : 10/26/2010
Description: FOIA/Privacy Act

**JURY TRIAL DEMAND**

## COMPLAINT

1.    This is an action under the Freedom of Information Act (FOIA), 5 U.S.C. §522, as amended, to compel the production of records as requested by Plaintiff.

2.    This Court has jurisdiction over this action pursuant to 5 U.S.C. §552(a)(4)(B) and 28 U.S.C. § 1331. Venue lies in this district under 5 U.S.C. § 552(a)(4)(B).

1

## PARTIES

3.  Plaintiff Law Offices of Snider and Associates, LLC is a law firm and the requester of the withheld records.

4.  Defendant DEPARTMENT OF DEFENSE, DEFENSE FINANCE AND ACCOUNTING SERVICE AGENCY, (hereinafter "DFAS") is an agency of the United States, and has possession of and control over the records that Plaintiff seeks.

## STATEMENT OF FACTS

5.  On about September 13, 2010, pursuant to the Freedom of Information Act, 5 U.S.C. § 552 et seq., Plaintiff requested records from Defendant. A Copy of Plaintiff's request is attached hereto as Exhibit 1.

6.  Pursuant to 5 U.S.C. § 552(a)(6)(A), Defendant had to determine within twenty days after the receipt Plaintiff's request whether to comply with Plaintiff's request and had to immediately notify Plaintiff of such determination and the reasons therefore, and of the right to appeal to the head of the agency for any adverse determination, or otherwise notify Plaintiff of "unusual circumstances" as specified under 5 U.S.C. § 552(a)(6)(B).

7.  As of today's date no response whatsoever has been forth coming. Plaintiff has not received a proper response to its' FOIA request.

8.  Plaintiff respectfully submits that he has a statutory right to the referenced records, as specified in its' request noted in paragraph 5 above, and that there is no legal basis for the Defendant's refusal to disclose them.

## CAUSE OF ACTION
## VIOLATION OF THE FREEDOM OF INFORMATION ACT FOR
## FAILURE TO COMPLY WITH STATUTORY DEADLINES

9. Plaintiff realleges and incorporates by reference the foregoing paragraphs as if they were set-forth herein.

10. Non-response to Plaintiff's FOIA request violated the statutory deadlines imposed by the FOIA, including the deadlines set forth in 5 U.S.C. § 552(a)(6)(A).

11. Plaintiff has exhausted the applicable administrative remedies with respect to Plaintiff's FOIA request.

12. DFAS has wrongly withheld responsive agency records from Plaintiff.

13. Plaintiff is entitled to injunctive relief compelling the release and disclosure of the requested agency records.

WHEREFORE, Plaintiff requests that this Court declare unlawful Defendant's refusal to disclose the records requested by Plaintiff; order Defendant to make the requested records available to Plaintiff; award Plaintiff's costs and reasonable attorney's fees in this action as provided by 5 U.S.C. § 552(a)(4)(E); and, grant such other and further relief as this Court may deem just and proper.

## JURY TRIAL DEMANDED

Plaintiff requests a trial by jury on all matters so triable.

_____
One of The Attorneys For Plaintiff

Respectfully submitted,

_____
Allan E. Feldman, Esq. #503357
Snider & Associates, LLC
104 Church Lane, Suite 100
Baltimore, Maryland 21209
410-653-9060 phone
410-653-9061 fax
Attorneys For Plaintiff

# EXHIBIT 1



September 13, 2010

**SENT VIA EMAIL**
Gregory Outlaw
FOIA/PA Program Manager/FOIA Liaison Officer
Corporate Communications
8899 E. 56th St.
Indianapolis, IN 46249-0150
(317) 510-4591
FAX: (317) 510-8802
E-mail - gregory.outlaw@dfas.mil

    Re: **Freedom of Information Act (FOIA) Request for Information**

Pursuant to the federal Freedom of Information Act, 5 U.S.C. §552, I request:

> 1. An electronic list (Excel spreadsheet) of all overtime worked and all overtime pay, for each Bargaining Unit Employee of the Norfolk Naval Shipyard, including all bargaining unit employees represented by AFGE Local 22 (BUS Code 3273), by employee and by pay period, showing pay rate, since August 17, 2002, and including each employee's last name, first name, Position title, Agency position number, Position Description number, job series, grade, step, and FLSA Exemption status (E or N).
>
> 2. An electronic list (Excel spreadsheet) of all compensatory time earned by each Bargaining Unit Employee of the Norfolk Naval Shipyard, including all bargaining unit employees represented by AFGE Local 22 (BUS Code 3273), by employee and by pay period, showing pay rate, since August 17, 2002, and including each employee's last name, first name, Position title, Agency position number, Position Description number, job series, grade, step, and FLSA Exemption status (E or N).
>
> 3. An electronic list (Excel spreadsheet) of all compensatory time used by each Bargaining Unit Employee of the Norfolk Naval Shipyard, including all bargaining unit employees represented by AFGE Local 22 (BUS Code 3273), by employee and by pay period, showing pay rate, since August 17, 2002, and including each employee's last name, first name, Position title, Agency position number, Position Description number, job series, grade, step, and FLSA Exemption status (E or N).

4. An electronic list (Excel spreadsheet) of all credit hours earned by each Bargaining Unit Employee of the Norfolk Naval Shipyard, including all bargaining unit employees represented by AFGE Local 22 (BUS Code 3273), by employee and by pay period, showing pay rate, since August 17, 2002, and including each employee's last name, first name, Position title, Agency position number, Position Description number, job series, grade, step, and FLSA Exemption status (E or N).

5. An electronic list (Excel spreadsheet) of all credit hours used by each Bargaining Unit Employee of the Norfolk Naval Shipyard, including all bargaining unit employees represented by AFGE Local 22 (BUS Code 3273), by employee and by pay period, showing pay rate, since August 17, 2002, and including each employee's last name, first name, Position title, Agency position number, Position Description number, job series, grade, step, and FLSA Exemption status (E or N).

6. An electronic list (Excel spreadsheet) of all credit hours left unused (that "fell off the books") by each Bargaining Unit Employee of the Norfolk Naval Shipyard, including all bargaining unit employees represented by AFGE Local 22 (BUS Code 3273), by employee and by pay period, showing pay rate, since August 17, 2002, and including each employee's last name, first name, Position title, Agency position number, Position Description number, job series, grade, step, and FLSA Exemption status (E or N).

I agree to pay reasonable duplication fees for the processing of this request in a reasonable amount not to exceed $250.00. Please notify me prior to your incurring any expenses in excess of that amount. I can pick up the documents in person with notice, or they can be mailed to me on CD, or emailed if in electronic form, to m@sniderlaw.com.

If my request is denied in whole or part, I ask that you justify all deletions by reference to specific exemptions of the act. I will also expect you to release all segregable portions of otherwise exempt material. I, of course, reserve the right to appeal your decision to withhold any information or to deny a waiver of fees.

**I look forward to your reply within 20 business days**, as the statute requires.

Sincerely,

*[signature]*

Michael J. Snider, Esq.

**Yehuda Goldberg**

| | |
|---|---|
| **From:** | Yehuda Goldberg |
| **Sent:** | Monday, September 13, 2010 1:52 PM |
| **To:** | 'gregory.outlaw@dfas.mil' |
| **Cc:** | M Snider; Keith Kauffman |
| **Subject:** | DFAS - Freedom Of Information Act Request |
| **Attachments:** | DFAS FOIA 9-13-10 pdf |

Mr. Outlaw:
Please find the attached Freedom of Information Act Request, relating to information for the Norfolk Naval Shipyard
Please copy all parties on this email when acknowledging receipt of this request.
Thank you.

**Yehuda A. Goldberg**
Paralegal
Snider and Associates, LLC
104 Church Lane, Suite 100
Baltimore, MD 21208
410-653-9060
410-653-9061 fax
yehuda@sniderlaw.com
www.sniderlaw.com